# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RJT WHELCHEL DEVELOPMENT
COMPANY, a Nevada limited-liability
company,

              Plaintiff,

      vs.

WHELCHEL MINES COMPANY, an
administratively dissolved Idaho domestic
corporation, *et al.*,

              Defendants.

Case No.: 3:13CV-00242-RCJ-VPC

**MINUTE ORDER**

## MINUTE ORDER IN CHAMBERS

    IT IS HEREBY ORDERED that the Motion to Intervene (ECF #15) is DENIED as MOOT.

    IT IS SO ORDERED this 2ND day of January, 2014.

_____
ROBERT C. JONES
District Judge