**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RJT WHELCHEL DEVELOPMENT COMPANY, a Nevada limited-liability company, | Case No.: 3:13CV-00242-RCJ-VPC |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| WHELCHEL MINES COMPANY, an administratively dissolved Idaho domestic corporation, *et al.*, | |
| Defendants. | |

## MINUTE ORDER IN CHAMBERS

IT IS HEREBY ORDERED that the Motion to Intervene (ECF #15) is DENIED as MOOT.

IT IS SO ORDERED this 2ND day of January, 2014.

_____
ROBERT C. JONES
District Judge