DON NOMURA, ESQ., #2228
DANIEL T. HAYWARD, ESQ., #5986
JANICE HODGE JENSEN, ESQ., #563
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Tel:   (775) 322-1170
Fax:   (775) 322-1865
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RJT WHELCHEL DEVELOPMENT COMPANY LLC, a Nevada limited-liability company,

    Plaintiff,

v.

WHELCHEL MINES COMPANY, an administratively dissolved Idaho domestic corporation; THE ESTATES OF RALPH ARTHUR WHELCHEL AND THRESSA MAE EVA WHELCHEL; ELIZABETH ANN WHELCHEL, sole personal representative for Ralph Arthur Whelchel, a deceased natural person; ELIZABETH ANN WHELCHEL, sole personal representative for Thressa Mae Eva Whelchel, a deceased natural person; ELIZABETH ANN WHELCHEL, sole personal representative for the Estates of Ralph Arthur Whelchel and Thressa Mae Eva Whelchel; ELIZABETH ANN WHELCHEL, a natural person, in her individual capacity and as heir of MICHAEL RALPH WHELCHEL; LOREN J. WHELCHEL, a natural person, in his individual capacity and as heir of MICHAEL RALPH WHELCHEL; SHARON GAIL (WHELCHEL) LANE, a natural person, in her individual capacity and as heir of MICHAEL RALPH WHELCHEL; TIMOTHY A. WHELCHEL, a natural person in his individual capacity and as heir of MICHAEL RALPH WHELCHEL; JOHN A. WHELCHEL, a natural person in his individual capacity and as heir of MICHAEL RALPH WHELCHEL; and, ANITA WHELCHEL, a natural person,

    Defendants.
_____/

CASE NO.:  3:13-cv-00242-RCJ-VPC

**AMENDED STIPULATED JUDGMENT AND ORDER**

///

1

## AMENDED STIPULATED JUDGMENT AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RJT Whelchel Development Company LLC and Defendants The Estates of Ralph Arthur Whelchel and Thressa Mae Eva Whelchel, Elizabeth Ann Whelchel, Loren J. Whelchel, Sharon Gail (Whelchel) Lane, Timothy A. Whelchel, John A. Whelchel, and Anita Whelchel:

1.  This is an action affecting title to and possession of twelve (12) unpatented mining claims (the "**Unpatented Mining Claims**") and six (6) patented mining claims (the "**Patented Mining Claims**"), as between the parties to this case, all of which claims are sited in Humboldt County, Nevada, together with any and all of the appurtenances to and improvements on each and every said mining claim (collectively, the "**Mining Claims**"). The Mining Claims are more particularly described as follows.

Unpatented Mining Claims

| *Identification* | *Name* | *Section* | *Township* | *Range* | *Meridian* |
|---|---|---|---|---|---|
| NMC: 59361 | Charleston Fraction | 27 | 46N | 39E | MDB&M |
| NMC: 59362 | West Virginia Fraction | 27, 34 | 46N | 39E | MDB&M |
| NMC: 59363 | Fairview #2 | 27 | 46N | 39E | MDB&M |
| NMC: 59364 | Fairview #3 | 27 | 46N | 39E | MDB&M |
| NMC: 59365 | Fairview #4 | 27 | 46N | 39E | MDB&M |
| NMC: 59366 | Fairview #5 | 27 | 46N | 39E | MDB&M |
| NMC: 59367 | Fairview #6 | 27 | 46N | 39E | MDB&M |
| NMC: 59368 | Fairview #7 | 27 | 26N | 39E | MDB&M |
| NMC: 416452 | Bigfoot | 27 | 46N | 39E | MDB&M |
| NMC: 416457 | Sasquatch #1 | 27 | 46N | 39E | MDB&M |
| NMC: 416458 | Sasquatch #2 | 27 | 46N | 39E | MDB&M |
| NMC: 689147 | Big Horn | 28 | 46N | 39E | MDB&M |

///

///

LAXALT & NOMURA
ATTORNEYS AT LAW
9600 GATEWAY
DRIVE

Patented Mining Claims

| Identification | Name | Section | Township | Range | Meridian |
|---|---|---|---|---|---|
| APN: 004-081-19 | Charleston No. 1 | 27, 28 | 46N | 39E | MDB&M |
| APN: 004-081-20 | Charleston | 27 | 46N | 39E | MDB&M |
| APN: 004-081-21 | Fairview | 27 | 46N | 39E | MDB&M |
| APN: 004-081-26 | West Virginia No. 1 | 27, 34 | 46N | 39E | MDB&M |
| APN: 004-081-27 | West Virginia | 27, 34 | 46N | 39E | MDB&M |
| APN: 004-081-28 | Fairview No. 1 | 27, 34 | 46N | 39E | MDB&M |

2.  This Court has jurisdiction over the subject matter and the parties pursuant to (a) 28 U.S.C. § 1332 [diversity of citizenship of the parties and the amount in controversy is in excess of $75,000], and (b) 28 U.S.C. §§ 2201-2202 [declaratory judgment].

3.  Venue is proper in this Court pursuant to (a) 28 U.S.C. § 1391 and (b) Nevada Federal District Court LR 1A 6-1 and 1A 8-1.

4.  Defendants The Estates of Ralph Arthur Whelchel and Thressa Mae Eva Whelchel, Elizabeth Ann Whelchel, Loren J. Whelchel, Sharon Gail (Whelchel) Lane, Timothy A. Whelchel, John A. Whelchel, and Anita Whelchel, hereinafter the Whelchel Family Member Defendants, each have formally waived service of summons.

5.  The Amended Complaint properly and sufficiently states a claim upon which relief may be granted against each and every Whelchel Family Member Defendant.

6.  Whelchel Family Member Defendants each hereby agree, acknowledge, and admit that each and every allegation, averment, and presupposition set forth in the Amended Complaint is true and correct.

7.  Whelchel Family Member Defendants have each entered into this Stipulated Judgment freely and without coercion from any party. Each Whelchel Family Member Defendant has read and reviewed the provisions of this Amended Stipulated Judgment and Order and is prepared to (and will) abide by this Amended Stipulated Judgment and Order.

///

8. Whelchel Family Member Defendants each hereby forever waive any and every right to appeal or otherwise challenge or contest the validity of this Amended Stipulated Judgment and Order.

9. Whelchel Family Member Defendants each hereby agree that this Amended Stipulated Judgment and Order does not entitle any Whelchel Family Member Defendant to seek or obtain attorney fees, and that the Whelchel Family Member Defendants each and all further hereby waive any and every right to attorney fees that may arise under any provision of law.

10. All natural persons, associations, and statutory business entities, whether or not presently in existence or good standing, entitled to notice and/or an opportunity to be heard on the Summons and/or Complaint have been provided adequate notice and have had sufficient opportunity.

11. Plaintiff is the sole owner of each and all of the Unpatented Mining Claims; the lands appropriated by the Unpatented Mining Claims; and any and all valuable minerals or mineral deposits contained in, on, or under the Unpatented Mining Claims, subject only to paramount title of the United States.

12. Plaintiff is the sole owner of each and all of the Patented Mining Claims; the lands appropriated by the Patented Mining Claims; and any and all valuable minerals or mineral deposits contained in, on, or under the Patented Mining Claims.

13. If for no reason other than as a result of this Amended Stipulated Judgment and Order, Whelchel Family Member Defendants, and each of them, have no right, title, estate, lien, or interest whatsoever, whether express or implied, in and/or to any of the Mining Claims; lands appropriated by the Mining Claims; or any valuable mineral or mineral deposits contained in, on, or under the Mining Claims.

14. Whelchel Family Member Defendants, and each of them, shall be (and are hereby) forever barred from asserting any claim whatsoever in or to any of the Mining Claims, the minerals or mineral interests therein, or any part thereof, that is in any way adverse to Plaintiff's sole and exclusive right, title, interest in and to, and ownership of, each and every Mining Claim.

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY
DRIVE

Case 3:13-cv-00242-RCJ-VPC   Document 45   Filed 07/15/14   Page 5 of 10

15. Whelchel Family Member Defendants, and each of them, hereby agree, acknowledge and consent to the Court's Order and declaration that, as between the parties, all rights, title and interest in and to the Mining Claims are immediately, permanently and completely quieted in Plaintiff RJT Whelchel Development Company LLC, free and clear of any and every claimed right, title, estate, lien, or other interest by any of the Whelchel Family Member Defendants.

DATED: June 12, 2014

THE ESTATES OF RALPH ARTHUR WHELCHEL AND THRESSA MAE EVA WHELCHEL

By: *Elizabeth Ann Whelchel*
ELIZABETH ANN WHELCHEL, a natural person, as sole Personal Representative for the Estates of Ralph Arthur Whelchel and Thressa Mae Eva Whelchel

STATE OF IDAHO        )
                      ) ss:
COUNTY OF Ada         )

On this 12 day of June, 2014, before me, the undersigned officer, personally appeared ELIZABETH ANN WHELCHEL, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same in her authorized capacity and that by her signature on the instrument the person(s) or the entity(ies) upon behalf of which the person acted, executed the instrument.

In witness hereof I hereunto set my hand and official seal.

LAURA S ROSSER
Notary Public
State of Idaho

Notary Public

My Commission Expires 1-21-15

///
///
///
///
///
///
///
///

LAXALT & NOMURA
ATTORNEYS AT LAW
9600 GATEWAY
DRIVE

5

1  DATED: June 12, 2014

2

3  _____
   ELIZABETH ANN WHELCHEL, a natural person,
   as sole Personal Representative for Ralph Arthur
   Whelchel, a deceased natural person

4

5  STATE OF IDAHO         )
                          ) ss:
6  COUNTY OF Ada          )

7  On this 12 day of June, 2014, before me, the undersigned officer,
   personally appeared ELIZABETH ANN WHELCHEL, known to me (or satisfactorily proven)
8  to be the person whose name is subscribed to the within instrument and acknowledged that she
   executed the same in her authorized capacity and that by her signature on the instrument the
9  person(s) or the entity(ies) upon behalf of which the person acted, executed the instrument.

10  In witness hereof I hereunto set my hand and official seal.

11  My Commission Expires 1-21-15

12                                                  Notary Public

        LAURA S ROSSER
        Notary Public
        State of Idaho

13  DATED: June 12, 2014

14

15  _____
    ELIZABETH ANN WHELCHEL, a natural person,
    as sole Personal Representative for Thressa Mae
16  Eva Whelchel, a deceased natural person

17  STATE OF IDAHO        )
                          ) ss:
18  COUNTY OF Ada         )

19  On this 12 day of June, 2014, before me, the undersigned officer,
    personally appeared ELIZABETH ANN WHELCHEL, known to me (or satisfactorily proven)
20  to be the person whose name is subscribed to the within instrument and acknowledged that she
    executed the same in her authorized capacity and that by her signature on the instrument the
21  person(s) or the entity(ies) upon behalf of which the person acted, executed the instrument.

22  In witness hereof I hereunto set my hand and official seal.

23

24  My Commission Expires 1-21-15      Notary Public

25  ///

26  ///

27  ///

        LAURA S ROSSER
        Notary Public
        State of Idaho

28  ///

LAXALT & NOMURA
ATTORNEYS AT LAW
9600 GATEWAY
DRIVE

1  DATED: June 12, 2014

2  _____
3  ELIZABETH ANN WHELCHEL, a natural
   person, in her individual capacity and as heir of
4  Michael Ralph Whelchel

5  STATE OF IDAHO           )
                            ) ss:
6  COUNTY OF  Ada           )

7     On this 12 day of June, 2014, before me, the undersigned officer,
   personally appeared ELIZABETH ANN WHELCHEL, known to me (or satisfactorily proven)
   to be the person whose name is subscribed to the within instrument and acknowledged that she
8  executed the same in her authorized capacity and that by her signature on the instrument the
   person(s) or the entity(ies) upon behalf of which the person acted, executed the instrument.
9
      In witness hereof I hereunto set my hand and official seal.
10
   My Commission Expires 1-21-15
11
                                              _____
12                                            Notary Public

   [SEAL: LAURA S ROSSER, Notary Public, State of Idaho]

13 DATED: June 12, 2014

14                                            _____
15                                            TIMOTHY A. WHELCHEL, a natural person,
                                              as heir of Michael Ralph Whelchel

16 STATE OF IDAHO            )
                             ) ss:
17 COUNTY OF  Canyon         )

18    On this 12th day of June, 2014, before me, the undersigned officer,
   personally appeared TIMOTHY A. WHELCHEL, known to me (or satisfactorily proven) to
19 be the person whose name is subscribed to the within instrument and acknowledged that he
   executed the same for the purposes therein contained.
20
21    In witness hereof I hereunto set my hand and official seal.

22                                            _____
23                                            Notary Public

   [SEAL: CAROL BARTLES, Notary Public, State of Idaho, Ex. 2-28-19]

24 ///
25 ///
26 ///
27 ///
28 ///

LAXALT & NOMURA
ATTORNEYS AT LAW
9600 GATEWAY
DRIVE

7

1  DATED: June 12, 2014

2
3  _____
   JOHN A. WHELCHEL, a natural person, as
   heir of Michael Ralph Whelchel

4  STATE OF IDAHO          )
                           ) ss:
5  COUNTY OF Canyon        )

6  On this 12th day of June, 2014, before me, the undersigned officer,
   personally appeared JOHN A. WHELCHEL, known to me (or satisfactorily proven) to be the
7  person whose name is subscribed to the within instrument and acknowledged that he executed
   the same for the purposes therein contained.
8
9  In witness hereof I hereunto set my hand and official seal.

10
   _____
11 Notary Public   Exp 4/2/18

12 DATED: June 12, 2014

13
   _____
14 ANITA WHELCHEL, a natural person, as lawful
   spouse of John A. Whelchel

15 STATE OF IDAHO          )
                           ) ss:
16 COUNTY OF Canyon        )

17 On this 12th day of June, 2014, before me, the undersigned officer,
   personally appeared ANITA WHELCHEL, known to me (or satisfactorily proven) to be the
18 person whose name is subscribed to the within instrument and acknowledged that she executed
   the same for the purposes therein contained.
19
20 In witness hereof I hereunto set my hand and official seal.

21
   _____
22 Notary Public

   CAROL BARTLES
   Notary Public
   State of Idaho

23 ///           Ex 2-28-19
24 ///
25 ///
26 ///
27 ///
28 ///

LAXALT & NOMURA
ATTORNEYS AT LAW
9600 GATEWAY
DRIVE

8

DATED: 6/12, 2014

_Sharon Gail Lane_
SHARON GAIL (WHELCHEL) LANE, a natural person, as heir of Michael Ralph Whelchel

STATE OF IDAHO      )
                    ) ss:
COUNTY OF Canyon    )

On this 12th day of June, 2014, before me, the undersigned officer, personally appeared SHARON GAIL (WHELCHEL) LANE, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

In witness hereof I hereunto set my hand and official seal.

_Melissa Sorlien_
Notary Public
Exp 4/2/18

[Seal: MELISSA SORLIEN NOTARY PUBLIC STATE OF IDAHO]

DATED: June 12, 2014

_Loren J. Whelchel_
LOREN J. WHELCHEL, a natural person, as heir of Michael Ralph Whelchel

STATE OF IDAHO      )
                    ) ss:
COUNTY OF Canyon    )

On this 12th day of June, 2014, before me, the undersigned officer, personally appeared LOREN J. WHELCHEL, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

In witness hereof I hereunto set my hand and official seal.

_Carol Bartles_
Notary Public

[Seal: CAROL BARTLES Notary Public State of Idaho]
Exp 2-28-19

///
///
///
///
///
///

DATED: 10 July, 2014

RJT WHELCHEL DEVELOPMENT COMPANY LLC

By _____
JOSEPH S. GILBERT, Manager

STATE OF NEVADA     )
                   ) ss:
COUNTY OF WASHOE    )

On this 10th day of July, 2014, before me, the undersigned officer, personally appeared JOSEPH S. GILBERT, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity and that by his signature on the instrument the person(s) or the entity(ies) upon behalf of which the person acted, executed the instrument.

In witness hereof I hereunto set my hand and official seal.

_____
Notary Public

ALISHA THEOFANIDES
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 08-6122-2 · Expires March 11, 2016

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 15, 2014