DON NOMURA, ESQ., #2228
DANIEL T. HAYWARD, ESQ., #5986
JANICE HODGE JENSEN, ESQ., #563
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Tel:   (775) 322-1170
Fax:   (775) 322-1865
Attorneys for Plaintiff

```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

         NOV 1 7 2014

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____  DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RJT WHELCHEL DEVELOPMENT COMPANY LLC, a Nevada limited-liability company,

   Plaintiff,

v.

WHELCHEL MINES COMPANY, an administratively dissolved Idaho domestic corporation; THE ESTATES OF RALPH ARTHUR WHELCHEL AND THRESSA MAE EVA WHELCHEL; ELIZABETH ANN WHELCHEL, sole personal representative for Ralph Arthur Whelchel, a deceased natural person; ELIZABETH ANN WHELCHEL, sole personal representative for Thressa Mae Eva Whelchel, a deceased natural person; ELIZABETH ANN WHELCHEL, sole personal representative for the Estates of Ralph Arthur Whelchel and Thressa Mae Eva Whelchel; ELIZABETH ANN WHELCHEL, a natural person, in her individual capacity and as heir of MICHAEL RALPH WHELCHEL; LOREN J. WHELCHEL, a natural person, in his individual capacity and as heir of MICHAEL RALPH WHELCHEL; SHARON GAIL (WHELCHEL) LANE, a natural person, in her individual capacity and as heir of MICHAEL RALPH WHELCHEL; TIMOTHY A. WHELCHEL, a natural person in his individual capacity and as heir of MICHAEL RALPH WHELCHEL; JOHN A WHELCHEL, a natural person in his individual capacity and as heir of MICHAEL RALPH WHELCHEL; and, ANITA WHELCHEL, a natural person,

   Defendants.
_____/

///

CASE NO.: 3:13-cv-00242-RCJ-VPC

**DEFAULT JUDGMENT**

## DEFAULT JUDGMENT

An Application having been duly made by Plaintiff for judgment against Defendant, WHELCHEL MINES COMPANY, and the default of said Defendant having been entered for failure to answer or otherwise defend as to the Verified Amended Complaint of Plaintiff, and it appearing that said Defendant is not a natural person and therefor not in the military service of the United States, nor an infant or incompetent person, and good cause appearing therefor,

JUDGMENT IS HEREBY entered in favor of Plaintiff as follows:

(1) As between the parties to this case, Plaintiff is the sole owner of each and all of the Unpatented Mining Claims described in Plaintiff's Verified Amended Complaint; the lands appropriated by such Unpatented Mining Claims; and any and all valuable minerals or mineral deposits contained in, on, or under such Unpatented Mining Claims, subject only to paramount title of the United States.

(2) As between the parties to this case, Plaintiff is the sole owner of each and all of the Patented Mining Claims described in Plaintiff's Verified Amended Complaint; the lands appropriated by such Patented Mining Claims; and any and all valuable minerals or mineral deposits contained in, on, or under such Patented Mining Claims.

(3) Defendant Whelchel Mines Company has no right, title, estate, lien, or interest whatsoever, whether express or implied, in and/or to any of the Mining Claims described in Plaintiff's Verified Amended Complaint; lands appropriated by such Mining Claims; or any valuable mineral or mineral deposits contained in, on, or under such Mining Claims.

(4) Defendant Whelchel Mines Company is forever barred from asserting any claim whatsoever in or to any of the Mining Claims described in Plaintiff's Verified Amended Complaint, the minerals or mineral interests therein, or any part thereof, that is in any way adverse to Plaintiff's sole and exclusive right, title, interest, and ownership, in, to and of all of such Mining Claims.

DATED this 17 day of November, 2014.

_____
DISTRICT COURT JUDGE

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521