UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RJT WHELCHEL DEVELOPMENT CO., LLC, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | 3:13-cv-00242-RCJ-VPC | |
| vs. ) | | |
| ) | | |
| WHELCHEL MINES CO., et al., ) | ORDER | |
| ) | | |
| Defendants. ) | | |
| ) | | |

Plaintiff sued Defendants in this Court to quiet title to certain mining claims. The Court has entered a stipulated judgment, as amended. The Clerk has entered default against Whelchel Mines Co., and Plaintiff has asked the Clerk to enter a default judgment against it. The proposed judgment is for a declaration; it awards no damages, and it therefore requires no determination of damages by the Court.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Default Judgment (ECF No. 49) is GRANTED and the Clerk shall enter the proposed default judgment at ECF No. 50. *See* Fed. R. Civ. P. 55(b)(1); Local R. 77-1(b)(3).

IT IS SO ORDERED.

Dated this 19th day of November, 2014.

_____
ROBERT C. JONES
United States District Judge